IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JOHN DOHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-370-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT | ) | |
| OF CORRECTION, NOREEN RENARD, | ) | |
| JOSEPH PAESANI, JAMES | ) | |
| LUPINETTI, MICHAEL TIGUE and | ) | |
| ROBERT I. GEORGE, JR., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

At Wilmington this 30th day of March, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 10) is granted in part and denied in part.

IT IS FURTHER ORDERED that:

1. The parties shall conduct discovery on the limited issue of whether plaintiff's demotion resulted in a loss of pay or other benefits. This discovery shall be initiated so as to be completed on or before **June 30, 2005.**

2. The parties may file motions for summary judgment on

this issue on or before **July 29, 2005.**

_____
United States District Judge

Case 1:04-cv-00370-SLR    Document 16    Filed 03/31/2005    Page 2 of 2