STATE OF DELAWARE
DEPARTMENT OF CORRECTION
*BUREAU OF PRISONS*
245 McKee Road
Dover, Delaware 19904

January 31, 2003

Mr. John Doherty
511 Milton Drive
Wilmington, Delaware 19802

Re:   Disciplinary Action

Dear John (Doc):

This letter confirms the verbal proposal of disciplinary sanctions as communicated during the Pre-Decision Meeting held in my Central Administration Building Office yesterday at 10:00 a.m. The specifics of that proposal are as follows:

1. A "Written Reprimand" will be placed in your personnel file. This document will be removed from the file upon your exit from state service;
2. No suspension will be levied for this incident;
3. Demotion from pay grade 17 to pay grade 13 will be enforced, however, there will be no change in rate of pay; and
4. Your organizational reporting relationship and work site will change from Operations Administrator at the Central Administration Building to Senior Probation Officer at Plummer Community Correction Center.

In response to your request, we further agree to provide you a copy of the Attorney General's Opinion regarding the applicability of the Officer's Bill of Rights in this case.

Please communicate your reply by e-mail or FAX to 739-8221, no later than noon Monday February 10th. I look forward to speaking with you again soon.

Sincerely

*[signature]*

Richard E. Seifert, MBA
Deputy Bureau Chief of Prisons

Cc:   Noreen Renard, Bureau Chief of Community Correction
      Carl Danberg, Deputy Principal Assistant
      Alan Machtinger, Director of Human Resources & Development

Phone: (302) 739-5601 / Fax: (302) 739-8221

FILE COPY

 

**STATE OF DELAWARE
DEPARTMENT OF CORRECTION**
245 MCKEE ROAD
DOVER, DE 19904

OFFICE OF
HUMAN RESOURCES

TELEPHONE: (302) 739-5601
FAX: (302) 739-6740

February 13, 2003

John Doherty
511 Milton Drive
Wilmington, Delaware 19802

Dear Doc:

This is to confirm and memorialized the agreement we finalized via e-mail on February 12, 2003. The provisions of the agreement are as follows:

1. A Written Reprimand will be placed in your Personnel File. This document will be removed from your File upon your separation from State service.

2. You will receive no suspension for the incident in question.

3. You will be demoted from an Operations Administrator (paygrade 17) to a Senior Probation Officer (paygrade 13). However, you will retain your current salary.

4. You will be assigned to work at Plummer Community Corrections Center.

5. The Department will provide you with a copy of the Attorney General's Opinion regarding the applicability of the Officers' Bill of Rights when the Department receives it.

6. You will withdraw your current grievance and agree not to file any other grievances relative to this matter.

Please sign below and return the original to me. Upon receipt of your signature below, we will arrange a date for you to report to Plummer Center.

Sincerely,

*Alan*

Alan Machtinger
Director, Human Resources &
Development

_____John Doherty_____          _____2/20/03_____
         Signature                          Date

Cc:   Noreen Renard, Bureau Chief, Community Corrections
      Carl Danberg, Deputy Principal Assistant

By executing This agreement, I make No waiver, expressed or implied, of Any right or claim at Law beyond The exact Language of This Document. I Continue To insist That This disciplinary action is unlawful.

                                        John Doherty