## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN DOHERTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-370-SLR |
| | : | |
| STATE OF DELAWARE, | : | |
| DEPARTMENT OF CORRECTION, | : | |
| NOREEN RENARD, JOSEPH | : | |
| PAESANI, JAMES LUPINETTI, | : | |
| MICHAEL TIGUE, and ROBERT I. | : | |
| GEORGE, JR., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION *

PLEASE TAKE NOTICE that defendants will take the stenographically recorded oral deposition of the plaintiff at the defendants' attorney's office on **June 21, 2005, commencing at 2:00 p.m.** and continuing thereafter until completed.   *Pursuant to Rules 30(b)(5) and 34, plaintiff is requested to produce any documents that evince a financial loss in regards to his demotion that is the subject of the lawsuit.

/s/ Marc P. Niedzielski
Marc P. Niedzielski #2616
Deputy Attorney General
820 N.FrenchStreet, 6th floor
Wilmington, DE 19801
(302) 577-8324

Date: June 10, 2005

## CERTIFICATE OF SERVICE

I certify that on June 10, 2005, I electronically served a copy of the attached

Notice of Deposition on the following:

Richard R. Wier, Jr., Esquire
Daniel W. Scialpi, Esquire
1220 Market Street, Suite 600
Wilmington, DE  19801
rwier@wierlaw.com

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General