**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
*BUREAU OF PRISONS*
245 McKee Road
Dover, Delaware 19904

January 31, 2003

Mr. John Doherty
511 Milton Drive
Wilmington, Delaware 19802

Re:   Disciplinary Action

Dear John (Doc):

This letter confirms the verbal proposal of disciplinary sanctions as communicated during the Pre-Decision Meeting held in my Central Administration Building Office yesterday at 10:00 a.m. The specifics of that proposal are as follows:

1. A "Written Reprimand" will be placed in your personnel file. This document will be removed from the file upon your exit from state service;
2. No suspension will be levied for this incident;
3. Demotion from pay grade 17 to pay grade 13 will be enforced, however, there will be no change in rate of pay; and
4. Your organizational reporting relationship and work site will change from Operations Administrator at the Central Administration Building to Senior Probation Officer at Plummer Community Correction Center.

In response to your request, we further agree to provide you a copy of the Attorney General's Opinion regarding the applicability of the Officer's Bill of Rights in this case.

Please communicate your reply by e-mail or FAX to 739-8221, no later than noon Monday February 10th. I look forward to speaking with you again soon.

Sincerely

*[signature]*

Richard E. Seifert, MBA
Deputy Bureau Chief of Prisons

Cc:   Noreen Renard, Bureau Chief of Community Correction
      Carl Danberg, Deputy Principal Assistant
      Alan Machtinger, Director of Human Resources & Development

Phone: (302) 739-5601 / Fax: (302) 739-8221

**FILE COPY**


DEPOSITION EXHIBIT #1 6/21/05