

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 MCKEE ROAD
DOVER, DE 19904

OFFICE OF
HUMAN RESOURCES

TELEPHONE: (302) 739-5601
FAX: (302) 739-6740

February 13, 2003

John Doherty
511 Milton Drive
Wilmington, Delaware 19802

Dear Doc:

    This is to confirm and memorialized the agreement we finalized via e-mail on February 12, 2003. The provisions of the agreement are as follows:

1. A Written Reprimand will be placed in your Personnel File. This document will be removed from your File upon your separation from State service.

2. You will receive no suspension for the incident in question.

3. You will be demoted from an Operations Administrator (paygrade 17) to a Senior Probation Officer (paygrade 13). However, you will retain your current salary.

4. You will be assigned to work at Plummer Community Corrections Center.

5. The Department will provide you with a copy of the Attorney General's Opinion regarding the applicability of the Officers' Bill of Rights when the Department receives it.

6. You will withdraw your current grievance and agree not to file any other grievances relative to this matter.



Please sign below and return the original to me. Upon receipt of your signature below, we will arrange a date for you to report to Plummer Center.

Sincerely,

*Alan* [signature]

Alan Machtinger
Director, Human Resources &
Development

_____*John Doherty*_____    _____2/20/03_____
Signature                         Date

Cc:  Noreen Renard, Bureau Chief, Community Corrections
     Carl Danberg, Deputy Principal Assistant

By executing this agreement, I make no waiver, expressed or implied, of any right or claim at law beyond the exact language of this document. I continue to insist that this disciplinary action is unlawful.

*John Doherty*