

Pay Grade Table

**40 Hours Per Week - Fiscal Year 2003**

| Pay Grade | 80% of Midpoint | 100% of Midpoint | 120% of Midpoint |
|---|---|---|---|
| 1 | $16,198.00 | $20,247.00 | $24,296.00 |
| 2 | $17,332.00 | $21,665.00 | $25,998.00 |
| 3 | $18,546.00 | $23,182.00 | $27,818.00 |
| 4 | $19,842.00 | $24,803.00 | $29,764.00 |
| 5 | $21,234.00 | $26,543.00 | $31,852.00 |
| 6 | $22,719.00 | $28,399.00 | $34,079.00 |
| 7 | $24,310.00 | $30,387.00 | $36,464.00 |
| 8 | $26,013.00 | $32,516.00 | $39,019.00 |
| 9 | $27,833.00 | $34,791.00 | $41,749.00 |
| 10 | $29,781.00 | $37,226.00 | $44,671.00 |
| 11 | $31,863.00 | $39,829.00 | $47,795.00 |
| 12 | $34,096.00 | $42,620.00 | $51,144.00 |
| 13 | $36,482.00 | $45,603.00 | $54,724.00 |
| 14 | $39,038.00 | $48,797.00 | $58,556.00 |
| 15 | $41,770.00 | $52,212.00 | $62,654.00 |
| 16 | $44,695.00 | $55,869.00 | $67,043.00 |
| 17 | $47,822.00 | $59,777.00 | $71,732.00 |
| 18 | $51,168.00 | $63,960.00 | $76,752.00 |
| 19 | $54,751.00 | $68,439.00 | $82,127.00 |
| 20 | $58,586.00 | | |





## Pay Grade Table

### 40 Hours Per Week - Fiscal Year 2005

| Pay Grade | 80% of Midpoint | 100% of Midpoint | 120% of Midpoint |
|---|---|---|---|
| 1 | $16,683.00 | $20,854.00 | $25,025.00 |
| 2 | $17,852.00 | $22,315.00 | $26,778.00 |
| 3 | $19,102.00 | $23,877.00 | $28,652.00 |
| 4 | $20,438.00 | $25,547.00 | $30,656.00 |
| 5 | $21,871.00 | $27,339.00 | $32,807.00 |
| 6 | $23,401.00 | $29,251.00 | $35,101.00 |
| 7 | $25,039.00 | $31,299.00 | $37,559.00 |
| 8 | $26,793.00 | $33,491.00 | $40,189.00 |
| 9 | $28,668.00 | $35,835.00 | $43,002.00 |
| 10 | $30,674.00 | $38,343.00 | $46,012.00 |
| 11 | $32,819.00 | $41,024.00 | $49,229.00 |
| 12 | $35,119.00 | $43,899.00 | $52,679.00 |
| 13 | $37,577.00 | $46,971.00 | $56,365.00 |
| 14 | $40,209.00 | $50,261.00 | $60,313.00 |
| 15 | $43,022.00 | $53,778.00 | $64,534.00 |
| 16 | $46,036.00 | $57,545.00 | $69,054.00 |
| 17 | $49,256.00 | $61,570.00 | $73,884.00 |
| 18 | $52,703.00 | $65,879.00 | $79,055.00 |
| 19 | $56,394.00 | $70,492.00 | $84,590.00 |
| 20 | $60,343.00 | $75,429.00 | $90,515.00 |
| 21 | $64,568.00 | $80,710.00 | $96,852.00 |
| 22 | $69,088.00 | $86,360.00 | $103,632.00 |
| 23 | $73,921.00 | $92,401.00 | $110,881.00 |
| 24 | $79,098.00 | $98,872.00 | $118,646.00 |
| 25 | $84,643.00 | $105,792.00 | $126,950.00 |
| 26 | $90,558.00 | $113,198.00 | $135,838.00 |

**Section Manager:** Linda McCloskey