\- - - - - - - - - - - - - - Original Message - - - - - - - - - - - - - - -
To: Noreen Renard@Admin@Corrections
From:    John Doherty@Admin@Corrections
Date:    Wed Dec 31 19:00:00 1969
Attached: None

Chief,

I was hoping that, by this time, I would have had the opportunity to apologize to you for putting you through this mess. I understand that it is necessary for you to distance yourself from me until this is over. That's the most difficult part of the whole thing. I want you to know that I made a complete and unabridged disclosure to Internal Affairs. I know that what I did was wrong. I was motivated by nothing more than a sincere desire to help the kid succeed. We were loosing so many of them back then, I thought that trying to save one was worth while. Still, it was wrong, no matter what my motivation was. I also understand that some punishment may be in order. I am more than willing to accept any reasonable punishment. toward that end, I can craft a waiver that will get us around all of that Bill of Rights hearing junk. I would like an opportunity to explain exactly what happened to you. We have accomplished a great deal together in the months since I came to work for you. I wouldn't want anything to cloud those accomplishments over. ...Doc.

John Doherty
Operations Manager
Bureau of Community Corrections
245 McKee Road
Dover, DE 19904
(302) 739-5601 Extension 256


DEPOSITION EXHIBIT #5 6/21/05 ASB