IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOHERTY | : |
| | : |
| v. | : C.A. No. 04-370 SLR |
| | : |
| STATE OF DELAWARE, | : TRIAL BY JURY DEMANDED |
| DEPARTMENT OF CORRECTIONS, | : |
| NOREEN RENARD, JOSEPH PAESANI, | : |
| JAMES LUPINETTI, MICHAEL TIGUE | : |
| ROBERT I. GEORGE, JR., each in | : |
| their individual and official capacities. | : |
| | : |
| Defendants. | : |

**STIPULATION TO EXTEND DEADLINE FOR ANSWERING BRIEF**

Now come the Parties, by and through counsel, who stipulate and agree that the deadline for Plaintiff to file his Answering Brief to Defendants' Motion for Summary Judgment shall be extended to August 19, 2005.

**RICHARD R. WIER, JR., P.A.**                **DEPARTMENT OF JUSTICE**

_/s/ Richard R. Wier_                          _/s/ Marc P. Niedzielsk_
Richard R. Wier, Jr. (#716)                    Marc P. Niedzielsk (#2616)
1220 Market St., Suite 600                     820 North French Street
Wilmington, DE 19801                           Wilmington, DE 19801
(302)888-3222                                  (302)888-3222


SO ORDERED this _____ day of _____, 2005.


_____
The Honorable Sue L. Robinson