IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-370-SLR |
| ) | |
| STATE OF DELAWARE, DEPARTMENT ) | |
| OF CORRECTION, NOREEN RENARD, ) | |
| JOSEPH PAESANI, JAMES ) | |
| LUPINETTI, MICHAEL TIGUE, and ) | |
| ROBERT I. GEORGE, JR., ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 31st day of March, 2006, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 19) is denied.

                                                                                          /s/ Sue L. Robinson
                                              United States District Judge