IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-370-SLR |
| | ) |
| STATE OF DELAWARE DEPARTMENT | ) |
| OF CORRECTIONS, NOREEN RENARD, | ) |
| JOSEPH PAESANI, JAMES | ) |
| LUPINETTI, MICHAEL TIGUE, and | ) |
| WARDEN ROBERT I. GEORGE, JR., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 25th day of April, 2006,

IT IS ORDERED that a telephonic scheduling conference shall be held on **Thursday, May 11, 2006, at 9:00 a.m.** for the purpose of scheduling trial in the above captioned case. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge