# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOHERTY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 04-370-SLR |
| : | |
| STATE OF DELAWARE, : | |
| DEPARTMENT OF CORRECTION, : | |
| NOREEN RENARD, JOSEPH : | |
| PAESANI, JAMES LUPINETTI, : | |
| MICHAEL TIGUE, and ROBERT I. : | |
| GEORGE, JR., : | |
| : | |
| Defendants. : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendants will take the stenographically recorded oral deposition of the plaintiff at the defendants' attorney's office on **November 30, 2006, commencing at 9:30 a.m.** and continuing thereafter until completed.

/s/ Marc P. Niedzielski
Marc P. Niedzielski #2616
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324

Date: November 20, 2006

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2006, I electronically served a copy of the attached Notice of Deposition on the following:

Richard R. Wier, Jr., Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806
rwier@wierlaw.com

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324