## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN DOHERTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-370-SLR |
| | : | |
| NOREEN RENARD, JOSEPH PAESANI, JAMES LUPINETTI, MICHAEL TIGUE and ROBERT I. GEORGE, JR., | : : : : | |
| | : | |
| Defendants. | : | |

## **JOINT MOTION TO EXTEND DISCOVERY**

The parties move the Court to enter an order extending discovery from December 4, 2006 to December 18, 2006. In support of this motion, the following is shown:

1. The parties are presently engaged in discovery and settlement negotiations. A number of depositions can not be scheduled until after the present discovery deadline of December 4, 2006.

2. If the discovery deadline were extended to December 18, 2006, that would permit continued settlement negotiations and possibly vitiate the expense and need for additional depositions. Mediation is presently scheduled for January 2007.

3. The extension of the discovery deadline would not adversely affect any other proceedings in this matter.

| FOR THE PLAINTIFF: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Richard R. Wier | /s/ Marc P. Niedzielski |
| Richard R. Wier, Jr. Esquire | Marc P. Niedzielski |
| Two Mill Road, Suite 200 | Deputy Attorney General |
| Wilmington, DE  19806 | 820 N. French Street, 6th Floor |
| (302) 888-3222 | Wilmington, DE  19801 |
| rwier@wierlaw.com | (302) 577-8324 |
|  | marc.niedzielski@state.de.us |

DATED: December 1, 2006

**IT IS SO ORDERED this     day of December, 2006**

    that the scheduling order is hereby amended and the discovery deadline is extended to December 18, 2006.

_____
Chief United States District Judge