IN THE UNITED STATE DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

JOHN DOHERTY, :
:
      Plaintiff, :
:
v. : C.A. No. 04-370-SLR
:
STATE OF DELAWARE, :
DEPARTMENT OF CORRECTION, :
NOREEN RENARD, JOSEPH PAESANI, :
JAMES LUPINETTI, MICHAEL TIGUE, :
and ROBERT I. GEORGE, JR., :
:
      Defendants. :

## STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties hereby stipulate and agree to dismiss this matter with prejudice. Each party shall be responsible for their own costs including attorney fees.

_____
Richard R. Wier, Jr. (#716)
Richard R. Wier, Jr., P.A.
Two Mill Road - Suite 200
Wilmington, DE 19806
Attorney for Plaintiff

_____
Marc P. Niedzielski (#2616)
Deputy Attorney General
Department of Justice
Carvel State Office Building - 6th Floor
820 North French Street
Wilmington, DE 19801
Attorneys for Defendants

1/9/07
_____
DATE

1/16/2007
_____
DATE